# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
SALVATORE VASSALLO

)
)
)
)
)
)
)

Case: 1:22–mj–00200
Assigned To : Judge Harvey, G. Michael
Assign. Date : 9/12/2022
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     SALVATORE VASSALLO     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Act of Disorderly Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:   09/12/2022

G. Michael Harvey

Digitally signed by G. Michael Harvey
Date: 2022.09.12 16:49:48 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/12/2022, and the person was arrested on *(date)* 9/14/2022
at *(city and state)* Toms River, NJ.

Date: 9/14/2022

*Arresting officer's signature*

Tyler Gelsleichter, Special Agent
*Printed name and title*